NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**S.O.I.TEC SILICON ON INSULATOR TECHNOLOGIES, S.A. AND COMMISSARIAT A L'ENERGIE ATOMIQUE,**
*Plaintiffs/Counterclaim Defendants-Appellants,*

AND

**SOITEC U.S.A., INC.,**
*Counterclaim Defendant-Appellant,*

v.

**MEMC ELECTRONIC MATERIALS, INC.,**
*Defendant/Counterclaimant-Cross Appellant.*

---

2011-1534, -1541

---

Appeals from the United States District Court for the District of Delaware in case no. 08-CV-0292, Judge Sue L. Robinson.

---

**ON MOTION**

---

**ORDER**

S.O.I.Tec Silicon on Insulator Technologies, S.A., et al. move without opposition for an extension of time, until May 4, 2012, to file their response and reply brief, and for an extension of time, until June 4, 2012, for MEMC Electronic Materials, Inc. to file its reply brief due to settlement negotiations.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAR 1 6 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Michael L. Brody, Esq.
    Robert M. Evans, Jr., Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 6 2012

JAN HORBALY
CLERK